IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN JACKSON,**

    **Plaintiff,**

**v.**

**UNITED STATES STEEL CORPORATION,**

    **Defendant.**                          **Case No. 05-cv-486-DRH**

### ORDER OF DISMISSAL

**HERNDON, District Judge:**

    The Court having been advised by counsel for the parties that the above action has been settled via the Stipulation of Dismissal (Doc. 38);

    **IT IS ORDERED** that this action is hereby dismissed without prejudice, without costs, and with the right to reopen the action if settlement is not consummated within sixty (60) days. The dismissal will be with prejudice sixty (60) days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

    **IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order upon the attorneys of record for the parties appearing in this cause.

    **IT IS SO ORDERED.**

    Signed this 7th day of June, 2006.

                                                         /s/       David RHerndon
                                                         **United States District Judge**